O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA CALDERA,<br><br>           Plaintiff,<br><br>v.<br><br>ACE CASH EXPRESS INSURANCE SERVICES LLC and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:22-cv-00330-MEMF-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING DEFENDANT'S MOTION TO COMPEL ARBITRATION [ECF NO. 30]** |

Before the Court is the parties' Joint Stipulation to Stay Case Pending Resolution of Defendant's Motion to Compel Arbitration. ECF No. 30. The Court, having reviewed the Stipulation and finding good cause therefor, hereby GRANTS the request. The instant case is stayed pending the outcome of Defendant's Motion.

IT IS SO ORDERED.

Dated: January 9, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge